NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5012, -5013, -5014, -5015

JOE MORGAN, BRENDA MORGAN, JACK PACE,
RALPH C. INGRAM, JR., individually and on behalf of the
partnership Cedar Grove, LTD.,
and GAHAGAN LAND & TIMBER CO.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

William P. Crews, Jr, of Natchitoches, Louisiana, argued for plaintiffs-appellants.

Kathryn E. Kovacs, Trial Attorney, Appellate Section, Environment and Natural Resources Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With her on the brief were Matthew J. McKeown, Acting Assistant Attorney General.

Appealed from:  United States Court of Federal Claims

Judge Nancy B. Firestone

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5012, -5013, -5014, -5015


JOE MORGAN, BRENDA MORGAN,
JACK PACE, RALPH C. INGRAM, JR.,
individually and on behalf of the partnership Cedar Grove, LTD.,
and GAHAGAN LAND & TIMBER CO.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.


# JUDGMENT


ON APPEAL from the      United States Court of Federal Claims

In CASE NO(S).         03-CV-2415, 03-CV-2435, 03-CV-2430, and 03-CV-2446.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:    <u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36


Per Curiam (NEWMAN, <u>Circuit Judge</u>, ARCHER, <u>Senior Circuit Judge</u>, and LINN, <u>Circuit Judge</u>).


ENTERED BY ORDER OF THE COURT


DATED:  <u>November 19, 2007</u>       <u>/s/  Jan Horbaly</u>
                                     Jan Horbaly, Clerk